AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DAMIEN T. PRESLEY**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __APRIL 18, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Davis Industries .380 caliber semi-automatic pistol and .380 caliber ammunition; and did possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

in violation of Title __18 & 21__ United States Code, Section(s) __922(g)(1) and 841(a)(1)__.

I further state that I am __OFFICER DIOSVANI RODRIGUEZ__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER DIOSVANI RODRIGUEZ**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                          City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer