UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **CR 05-207** |
| v. | : | MAGISTRATE NO. 05-0210M-01 (CR) |
| DAMIEN T. PRESLEY, | : | VIOLATIONS: 21 U.S.C. §860(a) |
| Defendant. | : | (Unlawful Possession With Intent to Distribute |
| | : | Heroin Within 1000 Feet of a Playground); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **WALTON, J. RBW** | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**INFORMATION**

The United States Attorney charges that:

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COUNT ONE**

On or about April 18, 2005, within the District of Columbia, **DAMIEN T. PRESLEY**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising a playground and appurtenant parking lot located southeast of the intersection of B Street, S.E., and Anacostia Road, S.E., in the District of Columbia.

(**Unlawful Distribution of Heroin Within 1000 Feet of a Playground**, in violation of Title 21, United States Code, Section 860(a))

**COUNT TWO**

On or about April 18, 2005, within the District of Columbia, **DAMIEN T. PRESLEY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F4262-01, did unlawfully and knowingly receive and possess a

firearm, that is, a Davis Industries .380 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: *Barry Wiegand*
BARRY WIEGAND
Assistant United States Attorney
Bar No. 424-288
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4211
Washington, D.C. 20530
(202) 514-7315