# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR: 05-207 |
| ) | |
| vs. ) | Cr. No. 05-210M-01 (JMF) |
| ) | |
| DAMIEN T. PRESLEY, ) | **FILED** |
| ) | |
| Defendant. ) | MAY 2 0 2005 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon motion of Defendant Damien T. Presley, it is hereby ORDERED that

1. Defendant Presley should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Presley's identifying information is as follows: _____ of birth - _____

SO ORDERED this 20$^F$ day of May, 2005.

THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C. 20004

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Barry Wiegand
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

