AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———————— DISTRICT OF ————————

FILED
JUL - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Damien T. Presley

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 05-207

I, _Damien T. Presley_, the above named defendant, who is accused of

being advised of the nature of the charge(s). the proposed information. and of my rights. hereby waive in open court on _July 1, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____