# EXHIBIT 1

To The Honorable Judge Walton,

I am writing on behalf of Damien T. M. Presley, who comes before you on October 3, 2005 for sentencing. I am Bernadette Presley, mother of Damien, who is my oldest son. Damien's childhood was very challenging for him. He was brought up by me and my mother in the rural area of South East D. C. During this time I was engaged in activity involving drugs. Upon realizing the negative affect this activity was having on my life and the life of my children, I set out to change. That was thirteen years ago, and I have since obtained an Associates Degree in Early Childhood Education. I have maintained employment and have become a homeowner in the Metropolitan area.

Damien has experienced some stumbling blocks in his life, but before his drug use, he was always home. I never had to go to the school because of his behavior. He played football for Anacostia, received the award for M.V.P. in 1999 and had opportunities to further his education. With the right direction and influence, I know Damien has a lot of potential to do something more positive with his life. I know now, that I can be that positive role model that he needs. I am asking that you please considering allowing my son the opportunity that God gave me thirteen years ago, to get my life together and do something positive. I was rehabilitated through a drug treatment program, not institutionalized through the penal system, so that I could have a chance to renew my life and start on a better road. I have a 10 year old daughter that truly adores her big brother. He used to care for her while I went to college. He told me that the last time he talked to his sister; she told him it was time to get his life together. He recognized that she is right and he wants to be there to support her. I know that Damien is not a hard core criminal. He wants something better for himself. I believe he can see that from talking with his sister and watching how his mom has survived her addiction that he too can have anything that he works for. I am a member of AA and NA. I will support him through his journey of getting to the other side of this road. There are many drug treatment programs that will accept him. I have checked into several. I know that once the sobriety process takes place, he will be a much better person to himself and those around him. I, along with my family, love Damien very much and will support him in this endeavor. He's kind to everyone he comes in contact with. He is always a joy to be around and enjoys making people laugh. I am praying that you will allow Damien the opportunity to approve to himself that there is a light at the end of the tunnel and that God can make all things possible. Please give him a chance to make it!!

With my deepest sincerity,

*Bernadette Presley*
Bernadette Presley

National Aeronautics and
Space Administration

**Goddard Space Flight Center**
Greenbelt, MD  20771



Reply to Attn of:

September 24, 2005

Honorable Judge Walton:

I am writing this letter to speak about Mr. Damien Presley's character. I am a cum laude graduate of Hampton University (c/o 2003) and currently, a GS-11 Contract Specialist for the National Aeronautics and Space Administration (NASA), where I have been employed for two years. I have known Mr. Damien Presley on a personal level for 7 years and he has brought so much joy to my life. He encouraged me to attend Hampton University when I was determined to attend a local university because I was scared to move away. He motivated me to accept my position with NASA. He always supported me 100% in everything I did. I watched Mr. Presley as he attended a summer bridge program at the George Washington University and went on to participate in a program which allowed him to work at a prestigious law firm. Mr. Presley has had several jobs during the time that I have known him, which includes working at the Reagan National Airport, a record store, a retail clothing store, as well as other occupations.

Mr. Damien Presley is an outstanding athlete. He held many records during his reign as Quarterback for the Anacostia Indians. Mr. Presley is a team player and would offer help and assistance to anyone that needed it. Mr. Presley is also very family oriented. He treats his younger sister Kendette as if she were his daughter. We would take his siblings out to the park, to the mall and anywhere else they wanted to go. We hardly had time for ourselves because he insisted that his brothers and sisters come along. They adore Damien and look up to him. He always encouraged his siblings to strive for the best. Sometimes, his father would rely on Damien to keep the kids in line and on track. Damien is his mother's favorite child. She relies on him to keep her organized. His parents would always joke about how he runs the household! His entire family truly misses him, as well as I do.

My fondest memory of Mr. Presley is the day of my graduation from Woodrow Wilson Senior High School in 1999. He made sure that his face was the first one I saw after I walked across the stage. He greeted me with red roses and I began to cry uncontrollably. He said to me, "Baby Girl, stop crying. You did it! Don't cry now; cry after you get the degree from Hampton!" I will never forget that day for as long as I live.

In my heart, I honestly know that Mr. Damien Presley is a great man who can and will achieve great things. He keeps me on my toes at all times and makes sure that I am aware of current events. I believe, if given the chance to do so, Mr. Presley will come home and make his entire family proud. Damien has been a very important part of my life and I hope that he will have the opportunity to continue to do so.

Sincerely,

*Ayana A. Briscoe*

Ayana A. Briscoe