HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0207 |
| vs. | : | SSN: |
| Presley, Damien | : | Disclosure Date: August 29, 2005 |

FILED
OCT 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.

    ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                                          Date
**Prosecuting Attorney**

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.

    (✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[signed] Damien Presley* 9/1/05              *[signed] Rani Gahr* 9/1/05
**Defendant**          **Date**                              **Defense Counsel**       **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **September 12, 2005**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
       United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
*DISTRICT OF COLUMBIA*
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

September 6, 2005

Monica Johnson
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

      Re:  United States v. Damien T. Presley
          Criminal No.: 05-207 (RBW)

Dear Ms. Johnson:

  Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated August 29, 2005.

**Objections and Comments**

  1. Mr. Presley requests that Paragraph 5 on Page 4 of the Presentence Report reflect that the government has agreed that Mr. Presley's base offense level should be reduced by three levels (not two as currently stated) to reflect his acceptance of responsibility which is consistent with Paragraph 26 on Page 7.

  2. Mr. Presley requests that Paragraph 12 on Page 5 of the Presentence Report be modified upon receipt of the DEA-7 lab analysis.

  3. Mr. Presley requests that Paragraph 38 on Page 9 of Presentence Report be modified to reflect that Mr. Jones was in a relationship with Mr. Presley's mother prior to the marriage of Mr. Presley's parents in 1997 (Mr. Presley's parents are Gary and Bernadette Mitchell).

  4. Mr. Presley requests that Paragraph 46 on Page 10 of the Presentence Report be modified to accurately reflect that Mr. Presley does claim to have experienced problems

associated with alcohol. In fact, during the Presentence Interview Mr. Presley requested that he receive alcohol treatment. In addition, Mr. Presley requests that Paragraph 51 on Page 10 also be changed to reflect that his drug of choice is alcohol, not marijuana and ecstasy as stated. Mr. Presley does agree that on occasion he would consume alcohol with ecstasy pills. Mr. Presley's last use of marijuana was in 2002 as stated in Paragraph 47.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc: Barry Wiegand, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530